FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 11, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORMA CROSS,<br><br>                Plaintiff,<br><br>     v.<br><br>C.R. ENGLAND, INC.,<br><br>                Defendant. | No. 2:16-CV-00011-SMJ<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

On June 6, 2017, the Court ordered Plaintiff Norma Cross to file an amended complaint or risk the complaint's dismissal. Specifically, the Court noted that Plaintiff failed to allege facts sufficient to establish the jurisdictional amount in controversy requirement and that plaintiff's factual allegations did not support a legally sufficient claim. The Court ordered Plaintiff to file an amended complaint no later than August 7, 2017. The Court mailed a copy of the Court's order and an Amended Civil Complaint form to Plaintiff, but the record indicates these were returned as undeliverable. Nonetheless, more than a month has elapsed since the August 7, 2017 filing deadline and Plaintiff has not taken steps to amend her complaint. As such, the complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS HEREBY ORDERED**. The Clerk's Office is directed to enter this Order, enter judgment accordingly, and provide copies to all parties.

**DATED** this 11th day of September 2017.

*[signature]*
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2